UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTORIA NUNEZ, | |
|         Plaintiff(s), | 2:15-cv-01871-RFB-NJK |
| vs. | |
| CAROLYN W. COLVIN, et al., | **O R D E R** |
|         Defendant(s). | |

Plaintiff Nunez has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Applications to proceed *in forma pauperis* are used by parties who can demonstrate an inability to pay the Court's $400 filing fee. In determining whether to grant an application to proceed *in forma pauperis*, courts look towards the application to determine the financial condition of the applicants. *Smith v. IRS*, 2015 WL 3479308, at \*1 (D. Nev. Feb. 13, 2015) *report and recommendation adopted*, 2015 WL 3479381 (D. Nev. Mar. 4, 2015). Consequently, where a party submits an incomplete application, courts deny the application without prejudice and allow the party to file a fully-completed one. *Id.*

In reviewing Plaintiff's pending application, it is clear that it is incomplete in several respects. First, Plaintiff fails to respond to questions 2(b) and 2(f). *See* Docket No. 1. at 1. Second, in response to question 3, Plaintiff represents that she lives at home with her mother, who gives her up to $900.00 a month in support. *Id.* But, she proceeds to report that she is required to pay up to $900.00 in monthly rent and unspecified utilities. *Id.*, at 2. She offers no explanation for this apparent consistency.

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE.**

2. Plaintiff shall have until **October 30, 2015** to file a completed application to proceed *in forma pauperis*.

3. The Clerk of Court shall mail Plaintiff two blank applications to proceed *in forma pauperis* for non-incarcerated litigants.

4. Alternatively to filing an application to proceed *in forma pauperis*, Plaintiff may pay the $400.00 filing fee no later than **October 30, 2015**.

5. **Failure to comply with this Order will result in a recommendation to the United States District Judge that Plaintiff's application to proceed *in forma pauperis* be denied without prejudice.**

IT IS SO ORDERED.

DATED: October 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge