UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTORIA NUNEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01871-RFB-NJK<br><br>ORDER |

Before the Court is Plaintiff's Motion for Attorney Fees. ECF No. 30. For the reasons stated in the Motion, the Court finds that the requested fees are reasonable pursuant to 42 U.S.C. § 406(b)(1)(A).

**IT IS ORDERED** that [30] Motion for Attorney Fees is GRANTED. Counsel Marc V. Kalagian is awarded attorney fees in the amount of $8,708.31.

Upon receipt of that payment, **IT IS ORDERED** that Counsel Kalagian will refund the EAJA fees in the amount of $3,200.00 directly to the claimant.

DATED: October 18, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**