# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Victoria Nunez

              Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner
Social Security Administration

              Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:15-cv-01871-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding Counsel Marc V. Kalagian attorney fees in the amount of $8,708.31. Upon receipt of that payment, IT IS ORDERED that Counsel Kalagian will refund the EAJA fees in the amount of $3,200.00 directly to the claimant.

October 19, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk